United States Bankruptcy Court

Northern District of California

In re:                                                                                    Case No. 22-30660-DM

Yolanda Jin                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3                                       User: admin                                                               Page 1 of 2

Date Rcvd: Jan 05, 2023                                Form ID: NDC                                             Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol       Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yolanda Jin, 1047 Cherry St., San Carlos, CA 94070-3206 |
| 15455041 | + | Edward Hughes, 3960 W. Point Loma Blvd., San Diego, CA 92110-5643 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jan 06 2023 05:24:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jan 06 2023 05:24:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | EDI: EDD.COM | Jan 06 2023 05:24:00 | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacramento, CA 94230-0001 |
| 15455042 | + | EDI: CINGMIDLAND.COM | Jan 06 2023 05:24:00 | AT&T, P.O. Box 10330, Fort Wayne, IN 46851-0330 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Douglas Sykes |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023                                            Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David Burchard | TESTECF@burchardtrustee.com  dburchard13@ecf.epiqsystems.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Reilly Wilkinson | on behalf of Creditor Douglas Sykes rwilkinson@scheerlawgroup.com  rwilkinson@ecf.courtdrive.com |

TOTAL: 3

Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Yolanda Jin | Case No.: 22−30660 DM 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

    **Notice is hereby given** that the debtor(s) failed to comply with this court's Order for Payments of Fees In Installments , filed on 12/5/2022 . Therefore, it is ordered that this case be **dismissed**.

Dated: 1/5/23

By the Court:

Dennis Montali
United States Bankruptcy Judge